**No. 10-7117. Sam Evans, Petitioner v. Florida.**

562 U.S. 1145, 131 S. Ct. 918, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 254.

January 10, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 38 So. 3d 135.